IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **GORDON ROY PARKER**, a.k.a. **Ray Gordon**, d/b/a **Snodgrass Publishing Group**, <br><br>                                                                  Plaintiff, <br><br> v. <br><br> **Learn The Skills Corp.**, et al. <br><br>                                                                  Defendants. | CASE NO.: <br><br> 0 6 - 2 2 9 <br> Hon. _____ <br> presiding |

### PLAINTIFF'S MOTION TO CONDUCT EXPEDITED DISCOVERY

Gordon Roy Parker, **Plaintiff** in the above-styled action, hereby moves this court to conduct expedited discovery of Defendant LTSC, using interrogatories to obtain the legal names and contact information for Defendants Formhandle and TokyoPUA, both believed to be officers of Defendant LTSC, as well as any other officers of the corporation whose identity may be hidden from the public. Given that a) discovery in a case does not begin until the Rule 26(f) conference, b) that the conference cannot be held until all parties are served; c) Plaintiff may not be able to effect service on Defendants Formhandle and TokyoPUA unless he has their names; and d) there is no other way to get the information, the discovery request is justified.

WHEREFORE, Plaintiff seeks leave of the court to conduct expedited discovery upon Defendant LTSC. An appropriate form of order is attached

This the 7th day of April, 2006.

_____
Gordon Roy Parker
Plaintiff, Pro Se
4247 Locust Street, #806
Philadelphia, PA  19104
(215) 386-7366
GordonRoyParker@aol.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **GORDON ROY PARKER**, a.k.a. **Ray Gordon**, d/b/a **Snodgrass Publishing Group**,<br><br>  Plaintiff,<br><br>v.<br><br>**Learn The Skills Corp.**, et al.<br><br>  Defendants. | **CASE NO.:**<br><br>Hon. __06 - 229__<br>presiding |

## ORDER GRANTING EXPEDITED DISCOVERY

AND NOW, this ____ day of _____, 2006, in consideration of **Plaintiff's Motion for Expedited Discovery**, and all responses thereto, the motion is **granted.**

Plaintiff shall be given ten (10) days leave to file and serve interrogatories on Defendant LTSC, provided that service of the Complaint has been effected on Defendant LTSC by that time. The interrogatories should be restricted solely to discovering the identity of the officers, directors, and employees of Defendant LTSC.

SO ORDERED.

_____
J.