IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GORDON RAY PARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-229 SLR |
| | ) |
| LEARN THE SKILLS CORP., *et al.,* | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

The undersigned hereby enters his appearance as counsel of record for defendants Learn the Skills Corp., Paul J. Ross and Straightforward, Inc. This entry of appearance is without waiver of any defenses the aforementioned defendants may assert pursuant to Federal Rule of Civil Procedure 12.

Dated: April 27, 2006

    /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for defendants Learn the Skills Corp., Paul J. Ross and Straightforward, Inc.

**CERTIFICATE OF SERVICE**

    I, David L. Finger, hereby certify that on this 27th day of April, 2006, I caused two copies of the foregoing Entry of Appearance to be served via first class mail, postage prepaid, on the below listed party:

        Gordon Roy Parker, *pro se*
        4247 Locust Street, #806
        Philadelphia, PA 19104

        /s/ David L. Finger
        David L. Finger (DE Bar ID #2556)
        Finger & Slanina, LLC
        One Commerce Center
        1201 Orange Street, Suite 725
        Wilmington, DE 19801-1155
        (302) 884-6766