# Person/Company Name Search Results

▶ Home          ▶ New Search

**Phonetic Search:** off   **Last Name:** Parker   **First Name:** Gordon

| ID | Name/Company | Address | Party Type | Filing Date |
|---|---|---|---|---|
| @4072652 | PARKER, GORDON ROY | 4247 LOCUST ST #806 PHILADELPHIA PA 19104 **Case ID:** *000201828  PARKER VS RODWELL* | PLF | 18-FEB-2000 |
| @4573984 | PARKER, GORDON ROY | 4247 LOCUST ST APT 806 PHILADELPHIA PA 19104 **Case ID:** *020901068  PARKER VS ERIC TILLES ESQ ETAL* | PLF | 10-SEP-2002 |

**Page:** All Displayed
**Records Found:** 2,  **Displayed:** 1 to 2



 

User Accepts/Agrees to Disclaimer.Not for official use.

http://fjdweb2.phila.gov/fjd/zk_fjd_public_qry_01.zp_personcase_details_idx          4/19/2006