IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER, a.k.a. Ray Gordon, d/b/a Snodgrass Publishing Group,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Learn The Skills Corp., et al.<br><br>　　　　　　　　　　　　　　Defendants. | CASE NO.: 05-cv-2752<br><br>Hon. Harvey Bartle, III |

## CERTIFICATE OF SERVICE

I, Gordon Roy Parker, hereby certify that I have served the foregoing **Supplement To Plaintiff's Motion For Reconsideration** on the following Defendants, by the following means:

| | | |
|---|---|---|
| **Trustees of the Univ. of PA**<br>Dennis G. Young (Counsel)<br>Montgomery, McCracken, Walker & Rhoads<br>123 South Broad Street, 28th Fl.<br>Philadelphia PA 19109<br>**Regular Mail** | Mary Kay Brown<br>Buchanan Ingersoll, PC<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103<br>Attorney For Paul Ross<br>**Regular Mail** | Matthew S. Wolf, Esq.<br>241 Kings Highway East<br>Haddonfield, NJ 08033<br>Attorney For LTSC & Defendant<br>**Regular Mail** |
| Thom E. Geiger (Pro Se)<br>817 North McCrary Road<br>Columbus, MS 39702-4320<br>**Regular Mail** | Formhandle@fastseduction.com (Pro Se)<br>Learn The Skills Corp.<br>955 Massachusetts Ave, #350<br>Cambridge, MA 02139<br>**Regular Mail** | |

This the 10th day of April, 2006.

_[signature]_
Gordon Roy Parker, Plaintiff, Pro Se
4247 Locust Street, #806
Philadelphia, PA 19104
(215) 386-7366
GordonRoyParker@aol.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| GORDON ROY PARKER, a.k.a. Ray Gordon, d/b/a Snodgrass Publishing Group,<br><br>Plaintiff,<br><br>v.<br><br>Learn The Skills Corp., et al.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | ,<br><br>CASE NO.: 05-cv-2752<br><br>Hon. Harvey Bartle |

## SUPPLEMENT TO PLAINTIFF'S MOTION FOR RECONSIDERATION

**Plaintiff** Gordon Roy Parker, in the above-styled action, moved this court for reconsideration of its order dismissing this case.

Plaintiff moved in that pleading to amend the Complaint, and stated that he would add the recently filed Parker v. LTSC (III) Complaint, which is now case #06-vc-229 in the District of Delaware. A full copy of that Complaint is attached hereto as Exhibit A and incorporated by reference as if fully set forth verbatim herein.

The Delaware complaint is forty-eight (48) pages in length, with approximately a dozen pages devoted to the RICO claims. This is one-third shorter than the 72-page complaint this court deemed "too long," but as Plaintiff has already argued, the district courts do not set page limits on Complaints. Plaintiff intends to argue on appeal that this guideline is vague and overbroad, and that dismissing a case without greater specificity regarding lengthy constitutes a denial of his right to civil due process. Should the Court in this case set aside judgment against the four defendants named in the Delaware action as well as this action, then Plaintiff will "adapt" that complaint for this Court. Delaware's pleading rules are such that more specificity

regarding the defamation claims had to be included. The complaint could be further pared down should the court impose a stricter page limitation.

Service of the Delaware action (and a related motion for expedited discovery of LTSC) is being made simultaneously with service of this pleading, as it relates to this case. In the mail, Plaintiff is including a copy of the summons and Delaware complaint, along with a waiver of service for each Defendant, and attaching the exhibit as normal for the two nondefendants in that case who are in this case..

This the 10th day of April, 2006.

_____
Gordon Roy Parker
Plaintiff, Pro Se
4247 Locust Street, #806
Philadelphia, PA  19104
(215) 386-7366
SnodgrassPublish@aol.com