

# General Docket
## US Court of Appeals for the Third Circuit

```
Court of Appeals Docket #: 06-2246                               Filed: 4/
Nsuit: 3470  Civil (RICO)
Parker v. Learn Skills Corp, et al
Appeal from: Eastern District of Pennsylvania

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

     District: 0313-2 : 05-cv-02752
     Trial Judge: Harvey Bartle, III, District Judge
     Date Filed: 6/9/05
     Date order/judgment: 3/30/06
     Date NOA filed: 4/7/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None


Docket as of April 25, 2006 6:39 pm                      Page 1
```

---

```
06-2246   Parker v. Learn Skills Corp, et al

GORDON ROY PARKER                    Gordon Roy Parker
/dba                                 215-386-7366
Snodgrass Publ Grp                   #806
     Appellant                       [NTC pro]
                                     4247 Locust Street
                                     Philadelphia, PA 19104



   v.
```

| | |
|---|---|
| LEARN SKILLS CORP<br>    Appellee | David L. Finger<br>FAX 302-984-1294<br>302-884-6766<br>[COR NTC ret]<br>Finger & Slanina<br>1201 Orange Street<br>One Commerce Center, Suite 725<br>Wilmington, DE 19801 |

FORMHANDLE@FASTSEDUCTION.COM

| | |
|---|---|
| THOM E. GEIGER<br>    Appellee | Thom E. Geiger<br>[NTC pro]<br>817 North McCrary Road<br>Columbus, MS 39702 |
| PAUL ROSS<br>    Appellee | David L. Finger<br>(See above)<br>[COR NTC ret] |
| TRUSTEES UNIV PA<br>    Appellee | John M. Myers<br>FAX 215-772-7620<br>215-772-2535<br>[COR NTC ret]<br>Montgomery, McCracken, Walker & Rhoads<br>123 South Broad Street<br>Philadelphia, PA 19109 |

MATTHEW S. WOLF

Docket as of April 25, 2006 6:39 pm                      Page 2

---

06-2246   Parker v. Learn Skills Corp, et al

GORDON ROY PARKER, d/b/a Snodgrass Publ Grp

        Appellant

  v.

LEARN SKILLS CORP;

                    Appellee

FORMHANDLE@FASTSEDUCTION.COM;


THOM E. GEIGER; PAUL ROSS; TRUSTEES UNIV PA;

                    Appellees

MATTHEW S. WOLF


Docket as of April 25, 2006 6:39 pm                      Page 3

---

06-2246    Parker v. Learn Skills Corp, et al

4/13/06           CIVIL CASE DOCKETED.  Notice filed by Gordon Roy Park
                  (dmm)

4/13/06           RECORD, received. (dmm)

4/17/06           TRANSCRIPT PURCHASE ORDER (PART I), no proceedings in
                  District Court. (dmm)

4/20/06           APPEARANCE from Attorney John M. Myers on behalf of
                  Appellee Trustees Univ PA, filed. (dmm)

4/20/06           DISCLOSURE STATEMENT on behalf of Appellee Trustees U
                  PA, filed. (dmm)

4/21/06           CLERK ORDER - RULE 4(a)(4)  Stay case pending disposi
                  of post decision motion[s].  Status Report due 5/22/0

4/21/06           Certified copy of order to Lower Court. (dmm)

4/21/06           Thom E. Geiger advises that he intends to participate
                  this appeal, filed. (dmm)

4/25/06           APPEARANCE from Attorney David L. Finger on behalf of
                  Appellees Learn Skills Corp and Paul Ross, filed. (dm

4/25/06           DISCLOSURE STATEMENT on behalf of Appellee Learn Skil
                  Corp, filed. (dmm)


Docket as of April 25, 2006 6:39 pm                      Page 4