IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GORDON RAY PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-229 SLR |
| | ) | |
| LEARN THE SKILLS CORP., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED MOTION OF DEFENDANTS LEARN THE SKILLS CORP., PAUL J. ROSS AND STRAIGHTFORWARD, INC. (1) TO STAY THIS ACTION PENDING RESOLUTION OF RELATED LITIGATION BEFORE THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT, (2) TO DISMISS FOR FAILURE TO STATE A CLAIM AND LACK OF PERSONAL JURISDICTION, (3) FOR SANCTIONS, AND (4) TO DEFER BRIEFING ON THE MOTION TO <u>DISMISS AND FOR SANCTIONS</u>**

Defendants Learn the Skills Corp., Paul J. Ross and Straightforward, Inc. (collectively, "Defendants") hereby move the Court (1) to stay this action pending resolution of related litigation currently before the U.S. Court of Appeals for the Third Circuit, (2) to dismiss for failure to state a claim and for lack of personal jurisdiction, (3) for sanctions arising from plaintiff's repeated and vexatious litigation, and (4) to defer briefing on the motions to dismiss and for sanctions pending resolution of related litigation before the U.S. Court of Appeals for the Third Circuit.

The grounds and bases for these motions are set forth in Defendants' opening brief in support of this motion, filed on April 28, 2006.

Dated: August 8, 2006

        Respectfully submitted,

        /s/ David L. Finger
        David L. Finger (DE Bar ID #2556)
        Finger & Slanina, LLC
        One Commerce Center
        1201 Orange Street, Suite 725
        Wilmington, DE 19801-1155
        (302) 884-6766
        Attorney for defendants Learn the Skills Corp.,
        Paul J. Ross and Straightforward, Inc.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GORDON RAY PARKER, | ) |
|           Plaintiff, | ) |
| v. | ) C.A. No. 06-229 SLR |
| LEARN THE SKILLS CORP., *et al.*, | ) |
|           Defendants. | ) |

### ORDER

On this ____ day of _____, 2006, having considered the submissions and the arguments of the parties, IT IS HEREBY ORDERED THAT:

1. Defendants' Motion to Stay is GRANTED. This action is hereby stayed pending resolution of plaintiff's appeal of the dismissal of Civil Action No. 05-cv-02752-HB in the U.S. District Court for the Eastern District of Pennsylvania to the U.S. Court of Appeals for the Third Circuit, which is currently pending (the "Appeal").

2. Defendants' Motion to Defer Briefing on their Motion to Dismiss and for Sanctions pending resolution of the Appeal is GRANTED.

3. The parties shall notify the Court once the Appeal has been decided. If the Appeal results in a reversal of the dismissal of the Pennsylvania action, plaintiff shall advise the Court and opposing counsel within ten (10) days after such reversal whether plaintiff intends to dismiss this action voluntarily. If plaintiff fails to provide the requested notice in a timely manner, the Court shall dismiss this action.

4. If, in the event of a reversal, plaintiff does not elect to dismiss this action voluntarily, defendants shall have twenty (20) days after plaintiff files and serves the notice

set forth in numbered paragraph 3 above to file and serve any brief they desire in support of their motion to dismiss and for sanctions. Plaintiff shall have ten (10) days thereafter to file and serve an answering brief, and defendants shall have five (5) days to file a reply brief.

     5. In the event that the Appeal does not result in a reversal, defendants shall have twenty (20) days from the issuance of the decision of the Third Circuit to file and serve either a brief in support of their motion to dismiss and for sanctions, or an Answer to the Complaint. Plaintiff shall have ten (10) days to file an answering brief, and defendants shall have five (5) days to file a reply brief.

_____
Robinson, J.

**CERTIFICATE OF SERVICE**

I, David L. Finger, hereby certify that on this 8th day of August, 2006, I caused two copies of the foregoing document to be served via first class mail, postage prepaid, on the below-listed party:

>Gordon Ray Parker, *pro se*
>4247 Locust Street, #806
>Philadelphia, PA 19104

>/s/ David L. Finger
>David L. Finger (DE Bar ID #2556)
>Finger & Slanina, LLC
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1155
>(302) 884-6766