IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| GORDON ROY PARKER, a.k.a. Ray Gordon, d/b/a Snodgrass Publishing Group,<br><br>                              Plaintiff,<br>v.<br><br>Learn The Skills Corp., et al.<br><br>                              Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  CASE NO.: 06-cv-229<br>:<br>:  Judge: SLR<br>:<br>: |

**PLAINTIFF'S MOTION TO CONDUCT JURISDICTIONAL DISCOVERY AGAINST DEFENDANTS LTSC, ROSS, STRAIGHTFOWARD, REYES, DEVANS AND LEVANS**

Plaintiff submits this motion for jurisdictional discovery against the above-named Defendants, and sets forth the following:

1. The above-named Defendants have moved to dismiss for lack of jurisdiction.

1. Without the ability to conduct discovery regarding each Defendant's contacts with the forum state, Plaintiff's case will be prejudiced.

A memorandum is attached and incorporated by reference as if set forth herein.

**Relief Sought**

WHEREFORE, Plaintiff seeks an order granting jurisdictional discovery.

This the 23rd day of August, 2006.

_____
Gordon Roy Parker
Plaintiff, Pro Se
4247 Locust Street, #806
Philadelphia, PA  19104
(215) 386-7366
GordonRoyParker@aol.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **GORDON ROY PARKER**, a.k.a. **Ray Gordon**, d/b/a **Snodgrass Publishing Group**, : : : Plaintiff, : : v. : : **Learn The Skills Corp.**, et al. : : Defendants. : : | **CASE NO.: 06-cv-229** **Judge: SLR** |

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO CONDUCT JURISDICTIONAL DISCOVERY AGAINST DEFENDANTS LTSC, ROSS, STRAIGHTFOWARD, REYES, DEVANS AND LEVANS

Plaintiff submits this memorandum in support of the instant motion.

### I. BACKGROUND

Defendants LTSC, Ross, Straightforward, Reyes, Devans and Levans have moved to dismiss this action for lack of jurisdiction. Plaintiff therefore seeks jurisdictional discovery.

### II. LEGAL STANDARD

This Court should not entertain a dismissal for lack of jurisdiction in this case without first allowing the discovery sought in this motion. In Toys "R" US, Inc., v. Step Two, S.A., 318 F.3d 446 (3d Cir. 2003), the Third Circuit remanded the case back to the District Court to allow for exactly this type of discovery when jurisdiction was in controversy, refusing to allow a motion to dismiss for lack of jurisdiction without the Plaintiff having the benefit of such discovery.

As precedent shows, the need for jurisdictional discovery is clear:

> Once a jurisdictional challenge has been raised it is the plaintiff's burden to establish that the defendant has "minimum contacts with the forum" such that the defendant could "reasonably anticipate being haled into court there." Pennzoil Prods. Co. v. Colelli & Assocs., 149 F.3d 197, 201 (3d Cir. 1998) (quoting World-Wide Volkswagen Corp. v. Woodson, 444 U.S. 286, 297 (1980)), see also, Mellon Bank (East) PSFS, N.A. v.

Farino, 960 F.2d 1217, 1223 (3d Cir. 1992). The required "minimum contacts must have a basis in 'some act by which the defendant purposefully avails itself of the privilege of conducting activities within the forum State, thus invoking the benefits and protections of its laws." Asahi Metal Indus. Co. v. Superior Court, 480 U.S. 102, 109 (1987) (O'Connor, J., plurality opinion) (quoting Burger King Corp. v. Rudzewicz, 471 U.S. 462, 475 (1985)).  A plaintiff can not just rely on bald assertions regarding the defendant's contact with the forum state. Carteret Sav. Bank v. Shushan, 954 F.2d 141, 146 (3d Cir. 1992). Rather, a plaintiff is required to present evidence sufficient to establish a prima facie case for the exercise of personal jurisdiction. Mellon Bank v. Farino, 960 F.2d 1217, 1223 (3d Cir. 1992), Carteret Sav. Bank, 954 F.2d at 146.

Any claim that Plaintiff lacks evidence of jurisdiction would demand, as a matter of due process, that Plaintiff be afforded the opportunity to fully explore all evidence relating to the Defendants' claims.

### III. ARGUMENT

#### A. Jurisdictional Discovery Is Proper In This Case.

As per the precedents cited in paragraph II above, particularly in Toys R Us, Plaintiff is entitled to jurisdiction to refute Defendants' claims for the lack of it. The controlling law in this circuit mandates that this Court grant this motion.

### CONCLUSION

For the reasons set forth herein, the instant motion should be **granted.** An appropriate form of order is attached.

This the 23rd day of August, 2006.

*[signature]*

Gordon Roy Parker
Plaintiff, Pro Se
4247 Locust Street, #806
Philadelphia, PA  19104
(215) 386-7366
GordonRoyParker@aol.com

2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| GORDON ROY PARKER, a.k.a. Ray Gordon, d/b/a Snodgrass Publishing Group,<br><br>　　　　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>Learn The Skills Corp., et al.<br><br>　　　　　　　　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CASE NO.: 06-cv-229**<br><br>**Judge: SLR** |

## ORDER

AND NOW, this ____ day of _____, 2006, in consideration of **Plaintiff's Motion For Jurisdictional Discovery,** and all responses thereto, the motion is **granted.**

Plaintiff shall be given forty-five (45) days to conduct jurisdictional discovery as to the Defendants named in this motion.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　J.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GORDON ROY PARKER**, a.k.a. **Ray Gordon**, d/b/a **Snodgrass Publishing Group**, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| | : | **CASE NO.: 06-cv-229** |
| **Learn The Skills Corp.**, et al. | : : | |
| | : | **Judge: SLR** |
| Defendants. | : : | |

## CERTIFICATE OF SERVICE

I, **Gordon Roy Parker,** Plaintiff in the above styled action, hereby certify that I have served a true and correct copy of the foregoing **Plaintiff's Motion For Jurisdictional Discovery** on all defendants' counsel by **regular mail**, as follows:

**David L. Finger**
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
Attorney For Defendants LTSC,
 Ross, And Straightforward

**Ray Devans** (one copy)
**Jay Valens** (one copy)
Learn The Skills Corp.
955 Massachusetts Avenue, #350
Cambridge, MA 02189
Additional Defendants

Allen "Gunwitch" Reyes
123 South Laguna Street
Klamath Falls, OR 97601
Pro Se Defendant

**Michael "Miguel" Marcos**
14200 Beachmere Drive
Chester, VA 23831
Pro Se Defendant

**Mystery Method Corp.** (one copy)
**Erik von Markovic** (one copy)
1564 Pacific Beach Drive
San Diego, CA 92109
Additional Defendants

This the 23rd day of August, 2006.

*[signature]*
Gordon Roy Parker
4247 Locust Street, #806
Philadelphia, PA 19104
(215) 386-7366
GordonRoyParker@aol.com
Plaintiff, Pro Se