4247 Locust Street, #806<br>
Philadelphia, PA 19104<br>
(215) 386-7366<br>
GordonRoyParker@aol.com

**To The Clerk**
United States Courthouse-Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

    Re: **Parker v. LTSC et al. Case #06-cv-229 (Judge Sue L. Robinson)**

To The Clerk:

  I have enclosed the following documents for filing. Two (2) extra copies of each pleading (not the summonses) have been provided for the court and the judge's chambers:

    1. Four executed summonses (Reyes, Devans, Valens, Marcos).

    2. Plaintiff's Opposition To Defendant Reyes's Motion To Dismiss.

    3. Plaintiff's Opposition To Defendants LTSC, Ross, and Straightforward's Motion To Stay Or Dismiss, And For Sanctions.

    4. Plaintiff's Motion To Conduct Jurisdictional Discovery.

  Your assistance in filing these is appreciated.

Sincerely,<br><br>
Gordon Roy Parker

/grp