*Original – Complete & Return to Plaintiff*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Gordon Roy Parker

**SUMMONS IN A CIVIL CASE**

V.

1) Learn The Skills Corp.; 2) Jay Valens
3) Ray Devans; 4) Straightforward, Inc.    CASE NUMBER: 06-cv-229
5) Paul Ross; 6) Mystery Method Corp.
7) Erik von Markovic; 8) Allen Reyes;
9) Miguel Anthony Marcos;

TO: (Name and address of Defendant)

Serve to: Allen Reyes, a/k/a "Gunwitch"
123 South Laguna Street
Klamath Falls, OR 97601

2006 AUG 24  AM 8:36
FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gordon Roy Parker
4247 Locust Street, #806
Philadelphia, PA 19104

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                         JUL 3 1 2006

_____     _____
CLERK                                          DATE

_Evelle Walace_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 3, 2006 | |
| NAME OF SERVER *(PRINT)* Thomas A Bolenbaugh | TITLE Process server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:    123 South Laguna Street
Klamath Falls, OR 97601

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 3, 2006    _____
                    Date              *Signature of Server*
                                        Thomas A. Bolenbaugh

1135 Pine Street Klamath Falls, Or 97601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## PROOF OF SERVICE
## JEFFERSON STATE ADJUSTERS

UNITED STATES DISTRICT COURT

District of Delaware                                    COURT CASE NO: 06CV229

I hereby certify that I served the foregoing individuals or other legal entities to be served, named below, by delivering or leaving true copies or original, certified to be such by the Attorney for the Plaintiff/Defendant, as follows:

| | | | | |
|---|---|---|---|---|
| ☐ Summons & Complaint | ☒ Summons | ☐ Small Claim | ☐ Motion | ☐ Answer |
| ☐ Restraining Order | ☐ Judgement | ☐ Affidavit | ☐ Petition | ☐ Letter |
| ☐ Summons & Petition | ☐ Order | ☐ Decree | ☐ Notice | ☐ Citation |
| ☐ Notice of Small Claims | ☒ Complaint | ☐ Order to Show Cause | | ☐ Subpoena |
| ☒ Amended Complaint | | | | |

For the within named: **Allen Reyes aka Gunwitch**

☒ **PERSONALLY SERVED**: Original or True Copy to within named, personally and in person to **Allen Reyes** at the address below.

☐ **SUBSTITUE SERVICE**: By delivering an Original or True Copy to _____ a person over the age of 14 who resides at the place of abode of the within named at said abode shown below for: _____ _____ _____

☐ **OFFICE SERVICE**: At the office which he/she maintains for the conduct of business as shown at the address below, by leaving such true copy of Original with_____ _____ _____, the person who is apparently in charge.

☐ **SERVICE ON CORPORATIONS, LIMITED PARTNERSHIPS OR UNICORPORATED ASSOCIATIONS SUBJECT TO SUIT UNDER A COMMON NAME.**

Upon_____, by
　　　(Corporation, Limited Partnership, etc.)
(a)  delivering such true copy personally and in person, to: _____ who is a/the _____ thereof, or

(b) leaving such true copy with _____, the person who is apparently in charge of the office of _____, who is a/the _____ thereof.

☐ **OTHER METHOD**:    By leaving an Original or True Copy with

☐ **NOT FOUND**: I certify that I received the within document for service on _____ and after due and diligent search and inquiry, I hereby return that I have been unable to find, the within named respondent _____ within __KLAMATH_____County.

| 123 ADDRESS OF SERVICE | South Laguna Street STREET | UNIT / APT. / SPC# |
|---|---|---|
| Klamath Falls CITY | Oregon STATE | 97601 ZIP |

I further certify that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon and that I am not a party to nor an officer, director, or employee of nor attorney for any party, corporation or otherwise, that the person, firm or corporation served by me is the identical person, firm, or corporation named in the action.

August 3, 2006                6:26
DATE OF SERVICE              A.M. ☐  P.M ☒
☐ or not found              TIME OF SERVICE

_____
SIGNATURE

Thomas A. Bolenbaugh