*Original - Complete & Return to Plaintiff*

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of ___Delaware___

Gordon Roy Parker

V.

1) Learn The Skills Corp. 2) Jay Valens;
3) Ray Devans; 4) Straightforward, Inc.
5) Paul Ross; 6) Mystery Method Corp.
7) Erik von Markovic; 8) Allen Reyes;
9) Miguel Anthony Marcos;

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-CV-229

TO: (Name and address of Defendant)

Miguel Anthony Marcos
14200 Beachmere Drive
Chester, VA 23831

2006 AUG 24  AM 8:36
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gordon Roy Parker
4247 Locust Street, #806
Philadelphia, PA 19104

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                             JUL 31 2006
_____                   _____
CLERK                                       DATE

_Evette Waton_
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | August 5, 2006 |
| NAME OF SERVER (PRINT) Kenneth V. Coudrey | TITLE | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): POSTED SERVICE AFTER ATTEMPTS MADE ON 8/2, 8/3, 8/3 ON 8/2/05 SPOKE WITH DAUGHTER OF MIGUEL MARCOS WHO CONFIRMED RESIDENCE. VEHICLES AT RESIDENCE AT TIME OF POSTING: RED MUSTANG - VA LIC KDH-1265; RED MUSTANG VA LIC YGY5325; CAMRY YZF4388; MAXIMA KAX 4054; LANCE SNACK TRUCK TT 45-1360

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Aug. 5, 2006
            Date

Signature of Server

P.O. Box 1
Roanoke, VA. 24002
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



## Base Parcel Information

- Real Estate Assessments Home
- Real Estate Data Home
- Search Property Assessments
- Search Property Sales
- Glossary of Terms
- Contact Real Estate Assessments

| Parcel ID# | Status | Account# | Legal Description | Plat |
|---|---|---|---|---|
| 786643373100000 | ACTIVE | 279922001 | STONEY GLEN SOUTH SEC 1 | |

**Base** | Land | Residential | No Commercial | No

**Owners Name:** MARCOS MIGUEL A & LINDA M
**C/O Owners Name:**

**Mailing Address:**
14200 BEACHMERE DR
CHESTER    VA    23831

**Acreage:** N/A

**Ownership Type:** PRIVATE OWNERSHIP
**Property Class:** SINGLE-FAM.RES.(URBAN)

**Property Address:**
14200 BEACHMERE DR

**Legal Description:**
STONEY GLEN SOUTH SEC 1 012
**Magisterial District:** BERMUDA

### Current Sales Information
Sale Price: $252,000
Sale Date: 3/19/2002
Deed Book: 4454    Deed Page: 310
Plat Book: 116    Plat Page: 79
Will Book: 0    Will Page: 0

### Current Assessment
Assessment Year:
Land Use Value:
Land Value:
Building(s) Value:
Total Assessment:

Parcel 1 of 1

[Assessment History] [Ownership History] [View / Print Summary]
[Property List] [Remarks] [Tax Bills]

Property Search by Address Where Street Number starts with 14200 and Street Name is like Beachmere and Street Ty





© 2006 Chesterfield County, Virginia - Privacy Policy
Privacy Practices Notice

Can't find what you need?
Try our Services Guide, use Search, Contact Us, or get Driving Directions