*Original Completed Return To Plaintiff*

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Gordon Roy Parker

~~[scribbled out]~~

V.

1) Learn The Skills Corp.; 2) Jay Valens
3) Ray Devans; 4) Stonylittlerwood, Inc.
5) Paul Ross; 6) Mystery Method Corp.;
7) Erik von Markovic; 8) Allen Reyes;
9) Miguel Anthony Marcos

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-CV-229

TO: (Name and address of Defendant)

Serve To: Roy Devans a/k/a "TokyoPUA", Partner
c/o Learn The Skills Corp.
Business Filings, Inc.
108 West 13th Street
Wilmington, DE 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gordon Roy Parker, Pro Se
4247 Locust Street, #806
Philadelphia, PA 19104

an answer to the complaint which is served on you with this summons, within **Twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    JUL 31 2006

CLERK                              DATE

Evette Waters

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE August 1, 2006 |
| NAME OF SERVER (PRINT) Walter Griggs | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served upon defendant's registered agent, Business Filings International, Inc., A division of CT Corporation, 1209 Orange St., Wilmington, DE 19801; Served on Scott LaScala

### STATEMENT OF SERVICE FEES

| TRAVEL $10.00 | SERVICES Fee: $50.00 | TOTAL $60.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/'06
           Date

Signature of Server: Walter Griggs

Address of Server: 4247 Locust St., Philadelphia, PA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.