IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GORDON RAY PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-229 SLR |
| ) | |
| LEARN THE SKILLS CORP., *et al.,* ) | |
| ) | |
| Defendants. ) | |

**MOTION OF DEFENDANTS JAY VALENS AND RAY DEVANS (1) TO STAY THIS ACTION PENDING RESOLUTION OF RELATED LITIGATION BEFORE THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT, (2) TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS, FAILURE TO STATE A CLAIM AND LACK OF PERSONAL JURISDICTION, (3) FOR SANCTIONS, AND (4) TO DEFER BRIEFING ON THE MOTION TO DISMISS AND FOR SANCTIONS**

Defendants "Jay Valens" and "Ray Devans"[1] (collectively, "Defendants") hereby move the Court (1) to stay this action pending resolution of related litigation currently before the U.S. Court of Appeals for the Third Circuit, (2) to dismiss for insufficiency of service of process, failure to state a claim and for lack of personal jurisdiction, (3) for sanctions arising from plaintiff's repeated and vexatious litigation, and (4) to defer briefing on the motions to dismiss and for sanctions pending resolution of related litigation before the U.S. Court of Appeals for the Third Circuit.

In support of this motion, Defendants join in the brief filed with this Court by defendants Learn The Skills Corp., Paul J. Ross and Straightforward, Inc. on April 28, 2006.

---

[1] These are not actual names, but pseudonyms. As Defendants have a legitimate concern about harassment by plaintiff, however, they will respond under the named under which they have been sued.

Dated: August 30, 2006

                                            Respectfully submitted,

                                            /s/ David L. Finger
                                            David L. Finger (DE Bar ID #2556)
                                            Finger & Slanina, LLC
                                            One Commerce Center
                                            1201 Orange Street, Suite 725
                                            Wilmington, DE 19801-1155
                                            (302) 884-6766
                                            Attorney for defendants Jay Valens and Ray Devans

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GORDON RAY PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-229 SLR |
| | ) | |
| LEARN THE SKILLS CORP., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

On this ____ day of _____, 2006, having considered the submissions and the arguments of the parties, IT IS HEREBY ORDERED THAT:

1. Defendants' Motion to Stay is GRANTED. This action is hereby stayed pending resolution of plaintiff's appeal of the dismissal of Civil Action No. 05-cv-02752-HB in the U.S. District Court for the Eastern District of Pennsylvania to the U.S. Court of Appeals for the Third Circuit, which is currently pending (the "Appeal").

2. Defendants' Motion to Defer Briefing on their Motion to Dismiss and for Sanctions pending resolution of the Appeal is GRANTED.

3. The parties shall notify the Court once the Appeal has been decided. If the Appeal results in a reversal of the dismissal of the Pennsylvania action, plaintiff shall advise the Court and opposing counsel within ten (10) days after such reversal whether plaintiff intends to dismiss this action voluntarily. If plaintiff fails to provide the requested notice in a timely manner, the Court shall dismiss this action.

4. If, in the event of a reversal, plaintiff does not elect to dismiss this action voluntarily, defendants shall have twenty (20) days after plaintiff files and serves the notice

set forth in numbered paragraph 3 above to file and serve any brief they desire in support of their motion to dismiss and for sanctions. Plaintiff shall have ten (10) days thereafter to file and serve an answering brief, and defendants shall have five (5) days to file a reply brief.

   5.  In the event that the Appeal does not result in a reversal, defendants shall have twenty (20) days from the issuance of the decision of the Third Circuit to file and serve either a brief in support of their motion to dismiss and for sanctions, or an Answer to the Complaint. Plaintiff shall have ten (10) days to file an answering brief, and defendants shall have five (5) days to file a reply brief.

_____
Robinson, J.

## **CERTIFICATE OF SERVICE**

I, David L. Finger, hereby certify that on this 30th day of August, 2006, I caused two copies of the foregoing document to be served via first class mail, postage prepaid, on the below-listed party:

>Gordon Ray Parker, *pro se*
>4247 Locust Street, #806
>Philadelphia, PA 19104

>/s/ David L. Finger
>David L. Finger (DE Bar ID #2556)
>Finger & Slanina, LLC
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1155
>(302) 884-6766