IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GORDON RAY PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-229 SLR |
| | ) | |
| LEARN THE SKILLS CORP., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that on this 31st day of August, 2006, I sent two copies of the following document:

(A)     Motion of Defendants Jay Valens and Ray Devans (1) to Stay this Action Pending Resolution of Related Litigation Before the U.S. Court of Appeals for the Third Circuit, (2) to Dismiss for Insufficient Service of Process, Failure to State a Claim and Lack of Personal Jurisdiction, (3) for Sanctions, and (4) to Defer Briefing on the Motion to Dismiss and for Sanctions (D.I. 23), and

(B)     Memorandum of Defendants Learn the Skills Corp., Paul J. Ross, Straightforward, Inc., Jay Valens and Ray Devans (i) in Opposition to Plaintiff's Memorandum in Opposition to Plaintiffs' Motion to Stay or Dismiss, to Defer Briefing, and for Sanctions, and (ii) in Opposition to Plaintiff's Motion to Conduct Jurisdictional Discovery (D.I. 24),

on the below-listed *pro se* party via first class mail, postage prepaid:

> Mr. Alan Reyes
> 123 S. Laguna St.
> Klamath Falls, OR 97601

Dated: August 31, 2006

    /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for defendants Learn The Skills Corp., Straightforward, Inc., Paul J. Ross, Ray Devans and Jay Valens

**CERTIFICATE OF SERVICE**

I, David L. Finger, hereby certify that on this 30th day of August, 2006, I caused two copies of the foregoing document to be served via first class mail, postage prepaid, on the below-listed party:

Gordon Ray Parker, *pro se*
4247 Locust Street, #806
Philadelphia, PA 19104

Mr. Alan Reyes
123 S. Laguna St.
Klamath Falls, OR 97601

    /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766