IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GORDON ROY PARKER,                :       Case No. 06-CV-229
                                  :
Plaintiff,                        :       Judge Sue L. Robinson
                                  :
v.                                :
                                  :
ALLEN REYES,                      :
                                  :
Defendant.                        :

**MOTION TO DENY PLANTIFF OPPOSITION TO REQUEST FOR DISMISSAL.**

Defendant requests that this busy and rational court deny Pro Se Plaintiffs incomprehensible request for denial of Defendants original motion to dismiss.

I. **Statement of facts**

1. Defendant Allen Reyes is unable to afford an attorneys retainer or find out of state civil legal aid services. Defendant Allen Reyes is being forced to represent himself in this complaint Pro Se with no previous knowledge of the civil court system.

2. Defendant has clearly answered plaintiffs original claim, with a motion to dismiss based on the straightforward interpretation of the Plaintiffs jurisdiction argument being flawed.

1

## II. Problems in procedure and request of plaintiff.

3. Plaintiff has now replied to this motion to dismiss with an request to deny defendants motion to dismiss. This request which is similar to an amended complaint is composed of an hard to comprehend series of statements. It contains web-site page screen shots, web pages that this defendant does not advertise on, new claims of conspiracy, debates the meaning of the word "substantial", and includes football coaching metaphors. All combined these statements still provide no new rational arguments for jurisdiction, no possible logical cause for a prayer for relief of "ONE MILLION DOLLARS", or a base cause of action that anyone can reasonably be required to understand.

4. Plaintiff has also made a request granting jurisdictional discovery with attached memorandums which are not legally clear in their claims.

5. The memorandum refers to the defendant as "Gunwitch" instead of Allen Reyes at several points. An online nickname this defendant finds peculiar to be used in legal documents. The memorandum seemingly accuses this defendant of perjury. The request says a certificate of service was not provided with the original motion, of which a notarized affidavit of mailing for the initial answer and motion to dismiss was provided to the court. As a final procedural problem (recognized even by this defendants limited knowledge of the legal system learned in the last weeks) plaintiff makes demands that this defendant meet an initial burden of proof against his jurisdictional argument. This while the plaintiff is the one filing the action, and has no Prima Facie showing of proof of jurisdiction over the defendant, damages or conspiracy against the plaintiff in the first place.

6. Plaintiff also accuses defendant of not using proper form in his motion to dismiss the original complaint.

Defendant is a Pro Se who was served the complaint on a Friday evening, and was afforded only 20 days to exercise his right to prepare a defense against an multiple times over experienced Pro Se Plaintiff.

An experienced Pro Se plaintiff who filed a nearly 120 page out of state complaint, against a defendant who has no privilege to any legal help or an attorney. Defendants motion was still clearly worded, used the standards for filing on the Delaware district court web-site, cited the Delaware long arm statutes word for word, provided specific reasons for the request for dismissal, was absent of spelling errors and was respectful brief and to the point.

### III. In summation

7. Plaintiffs argument in his request for denial of the motion to dismiss is not clearly worded or stated comprehensibly. Plaintiffs request for denial of the motion to dismiss is more similar to an amended complaint than a plainly stated, clear request based on the original motion to dismiss in question.

WHEREFORE Allen Reyes moves this court to honor the motion for dismissal based on its original clearly defined and enumerated merits and dismiss the Plaintiffs complaint.

_____
Allen Reyes, Pro se Defendant

CERTIFICATE OF DOCUMENT PREPERATION

I certify that I completed this document without assistance.

_____
Allen Reyes, Pro se Defendant

CERTIFICATE OF SERVICE

I Allen Reyes certify that a copy of the foregoing was provided by regular U.S. mail to:

Gordon Roy Parker
4247 Locust street #806
Philadelphia, PA, 19104 (One copy)

David L Finger
Finger and Slanina LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155 (One copy)

this 31st day of August 2006.

_____
Allen Reyes
123 south Laguna street
Klamath Falls Oregon
97601

Allen Reyes
123 S+h laguna St
Klamath Falls OR 97601

U.S.M.S. X-RAY


FIRST CLASS

US District court of Delaware
District of Delaware
844 north King st lockbox
Wilmington Delaware 19801


AMOUNT $0.63