IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GORDON RAY PARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-229 SLR |
| | ) |
| LEARN THE SKILLS CORP., *et al.,* | ) |
| | ) |
| Defendants. | ) |

**AMENDED MOTION OF DEFENDANTS LEARN THE SKILLS CORP., JAY VALENS, RAY LEVANS, PAUL J. ROSS , AND STRAIGHTFORWARD, INC. TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM**

Defendants Learn the Skills Corp., Jay Valens, Ray Levans, Paul J. Ross and Straightforward, Inc. (collectively, "Defendants") hereby move the Court to dismiss this action pursuant Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) for lack of personal jurisdiction and failure to state a claim.

The grounds and bases for these motions are set forth in Defendants' opening brief in support of this motion, filed contemporaneously herewith.

Dated: March 16, 2007

Respectfully submitted,

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for defendants Learn the Skills Corp., Jay Valens, Ray Levans, Paul J. Ross and Straightforward, Inc.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GORDON RAY PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-229 SLR |
| | ) | |
| LEARN THE SKILLS CORP., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On this ____ day of _____, 2006, having considered the submissions and the arguments of the parties, IT IS HEREBY ORDERED THAT:

1. The Motion to Dismiss is GRANTED.

2. Defendants Jay Levans, Ray Valens, Paul J. Ross and Straightforward, Inc. are dismissed from this action pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction.

3. The claims against defendant Learn The Skills Corporation are dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

_____
Robinson, J.

**CERTIFICATE OF SERVICE**

I, David L. Finger, hereby certify that on this 16th day of March, 2007, I caused two copies of the foregoing document to be served via first class mail, postage prepaid, on the below-listed parties:

>Gordon Ray Parker, *pro se*
>4247 Locust Street, #806
>Philadelphia, PA 19104
>
>Allen Reyes, *pro se*
>123 S. Laguna St.
>Klamath Falls, OR 97601

>/s/ David L. Finger
>David L. Finger (DE Bar ID #2556)
>Finger & Slanina, LLC
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1155
>(302) 884-6766