Exhibit B

**Exhibit A**
**Abuse Report of July 27, 2005**

Subj: USENET Abuse: Demand for Preservation of Evidence
Date: 7/27/2005 1:32:02 AM Eastern Standard Time
From: LeModernCaveman
To: abuse@comcast.net
CC: ray@cybersheet.com

Dear Comcast Abuse:

Please retain all evidence relating to this internet posting and its author indefinitely, pursuant to Federal Rule 37. I currently have a lawsuit pending against the author of the message (Parker v. LTSC, E.D.Pa. #05-cv-2752). I may also be filing a private criminal complaint regarding this post.

The alleged e-mail from me is fraudulent and was never sent by me. It is an attempt to defame me and incite others to harass me. Please be advised that I fear for my safety as a direct consequence of this lie.

Your assistance is appreciated.

Sincerely

Gordon Roy Parker
a/k/a "Ray Gordon"

Path: twister.nyc.rr.com!cyclone.rdc-nyc.rr.com!news.maxwell.syr.edu!newscon02.news.prodigy.com!newscon06.news.prodigy.com!prodigy.net!border1.nntp.dca.giganews.com!nntp.giganews.com!local01.nntp.dca.giganews.com!nntp.comcast.com!news.comcast.com.POSTED!not-for-mail
NNTP-Posting-Date: Wed, 27 Jul 2005 01:04:43 -0500
User-Agent: Microsoft-Entourage/10.1.6.040913.0
Date: Tue, 26 Jul 2005 23:04:40 -0700
Subject: Re: "Jack Ryan" never existed
From: Ross <notmyemail@address.com>
Newsgroups: alt.seduction.fast
Message-ID: <BF0C7208.15265%notmyemail@address.com>
References: <osyFe.3500$Ow4.1455136@twister.nyc.rr.com> <INF1GX5238560.4338078704@reece.net.au>
Mime-version: 1.0
Content-type: text/plain; charset="US-ASCII"
Content-transfer-encoding: 7bit
Lines: 102
NNTP-Posting-Host: 24.126.247.39
X-Trace: sv3-QqWENF9YIJplFLcSp+5+b6maQm6rEiPuZxHEDPL63t8SnGy+Zxzx0YCiXcQ6sV8+LHFL6pyXmyhn9N0!1c00u515yyp2uGexleBROdhxcvXSM9WKYNcV5rXQtZcTNlK78kIC4svJ/ADKIaiygI4GPwqzL6Rs!m4k11hE=
X-Complaints-To: abuse@comcast.net
X-DMCA-Complaints-To: dmca@comcast.net
X-Abuse-and-DMCA-Info: Please be sure to forward a copy of ALL headers
X-Abuse-and-DMCA-Info: Otherwise we will be unable to process your complaint properly
X-Postfilter: 1.3.31
Xref: cyclone.rdc-nyc.rr.com alt.seduction.fast:206072

in article INF1GX5238560.4338078704@reece.net.au, EditorialStaff at Use-Author-Address-Header@[127.1] wrote on 7/26/05 7:24 PM:

I swear to Jeri; if Mr. Parker DOES sue me, he will be reading this piece of sick, twisted, hateful email that he sent, into the record when I take his deposition.

Ray, you are sick, twisted, evil bastard and I am going to clean your clock in court.

RJ

> Gordon Roy Parker wrote:
>>
>> He was just a convenient diversion created by someone
>> who didn't want to take credits for the threats that
>> were made under that name.
>
> We received an interesting email a few days ago, from someone
> who was connected to Dr. Ryan, and with that person's permission,
> we post it here, so that everyone will know just what Mr. Parker
> is attempting to do here.
>
> ------------------------------------------------------------
> X-Apparently-To:   jerisnow@****.com
> X-Date:   Tue, 21 June 2005 01:32:39 -0500
> X-Originating-IP:   [24.193.236.213]
> Return-Path:   <ray@cybersheet.com>
> Authentication-Results:   mta221.mail.dcn****.com
>    from=twister.nyc.rr.com 1119348282 24.193.236.213
>    (Tue, 21 Jun 2005 06:04:42 EDT)
> Received:   from 24.193.236.213 by mta221.mail.dcn.****.com with
>    SMTP; Tue, 26 Jul 2005 18:32:39 -0700
> Received:   from ([24.193.236.213]) by
>    omta03sl.mx.bigpond.com with SMTP id
>    <20050727013237.WFYU21373.omta03sl.mx.bigpond.com@workshop>;
>    Wed, 27 Jul 2005 01:32:37 +0000
> To:   jerisnow@****.com
> From:   "Ray Gordon" <ray@cybersheet.com>
> Date:   21 Jun 2005 01:33:10 -0000
> Message-ID:   <DGOJ7MAE38560.3980324074@twister.nyc.rr.com>
> Subject: You had better watch out BITCH.....
> --
>
> I'm tired of all the men who are attacking me in your name
> and with your approval, and I am going to fix your CUNT ass soon.
> You had better watch out, because I am going to come and find you,
> and show you what I think of you and your dead husband.
>
> Georgia is only a plane ride away.......
>
> You think you can get away with harassing me, threatening me and
> hiding behind that dead asshole husband of yours, but you
> can't. Your husband was a rapist, and you are nothing but a SLUT for
> having married a player like him. Your actions show your poor
> judgment picking men, and they reveal you to be a PATHETIC little
> SLUT the world would definitely be better off without.
>
> If I ever hear another word about "Jack Ryan" ever again, I am

2

> going to shut up that mouth of yours, and the pussy mouth of everyone
> who you have gotten to attack me. He's DEAD, rotting in a grave,
> and the worms are eating up all you love. That make you feel good
> CUNT? I hope so.
>
> Women like you NEVER find good men. All SLUTS like you can get are
> players and rapists. There's a reason for that.
>
> I am hereby officially warning you that any more attacks on me will
> cause great harm to come down on you. You have been warned. Cease and
> Desist IMMEDIATELY....
>
> Ray Gordon
>
> ----------------------------------------------------------------------
>
> We wonder what could be done about this? We do know that an attorney
> representing the person in question has contacted law enforcement in
> Philadelphia, in an attempt to forestall this kind of behavior in the
> future. We wonder if it won't take more than that. Perhaps someone
> actually paying a visit to Philadelphia to explain the consequences
> for actions like this, in person...
>
> We are watching this situation, very carefully.
>
> --
> The Editorial Staff
> -----
> A quote from Gordon Roy Parker, AKA "Ray Gordon":
> "(For a dissenting opinion on my character, please visit
> the following website: http://members.tripod.com/~rayfaq.html)*
> This site contains many lies about me, but as a defender of
> free speech I fully support its right to exist."
> -Message-ID: <6ertau$76b$1@nnrp1.dejanews.com>
>
> *The original RayFAQ was removed from the internet as a
> result of dozens of complaints from Gordon Roy Parker.
>
> Freedom of Speech is WORTHLESS without Social Responsibility.
>
>
>

3