IN THE UNITED STATES DISTRICT COURT
~~EASTERN~~ DISTRICT OF ~~PENNSYLVANIA~~ *DELAWARE*

| | | |
|---|---|---|
| **GORDON ROY PARKER**, a.k.a. **Ray Gordon**, d/b/a **Snodgrass Publishing Group**, 4247 Locust Street, #806 Philadelphia, PA 19104<br><br>                                           Plaintiff,<br>v.<br><br>**Learn The Skills Corp.**, et al.<br><br>                                           Defendants. | : : : : : : : : : : : : : | *06-cv-229*<br>CASE NO.: ~~05-cv-2752~~<br><br>Hon. ~~Harvey Bartle, III~~ *SLR* |

## ORDER

AND NOW, this ___ day of _____, 2007, in consideration of **Defendants'**

**LTSC, Ross et al.'s Motion To Dismiss**, and all responses thereto, the motion is **denied**. A

memorandum opinion is attached.

SO ORDERED.

_____
                                                                                                            J.