IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **GORDON ROY PARKER**, a.k.a. **Ray Gordon**, d/b/a **Snodgrass Publishing Group**,<br><br>                                               Plaintiff,<br>v.<br><br>**Learn The Skills Corp.**, et al.<br><br>                                               Defendants. | **CASE NO.: 06-cv-229**<br><br>**Judge: SLR** |

## CERTIFICATE OF SERVICE

I, **Gordon Roy Parker,** Plaintiff in the above styled action, hereby certify that I have served a true and correct copy of the foregoing **Plaintiff's Opposition to Defendants' Motion To Dismiss** on all defendants' counsel by **regular mail**, as follows:

**David L. Finger**
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE  19801-1155
Attorney For Defendants LTSC,
 Ross, And Straightforward

**Ray Devans** (one copy)
**Jay Valens** (one copy)
Learn The Skills Corp.
955 Massachusetts Avenue, #350
Cambridge, MA  02189
Additional Defendants

Allen "Gunwitch" Reyes
123 South Laguna Street
Klamath Falls, OR 97601
Pro Se Defendant

**Michael "Miguel" Marcos**
14200 Beachmere Drive
Chester, VA 23831
Pro Se Defendant

**Mystery Method Corp.** (one copy)
**Erik von Markovic** (one copy)
1564 Pacific Beach Drive
San Diego, CA  92109
Additional Defendants

This the 2nd day of April, 2007.

*[signature]*
Gordon Roy Parker
4247 Locust Street, #806
Philadelphia, PA  19104
(215) 386-7366
GordonRoyParker@aol.com
Plaintiff, Pro Se