IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

GORDON ROY PARKER,          )
                                )
              Plaintiff,      )
                                )
         v.               )     C.A. No. 06-229 SLR
                                )
LEARN THE SKILLS CORP., *et al.,*  )
                                )
              Defendants.    )

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that the letter from defendants Learn The Skills Corp., Jay Valens,

Ray Levans, Paul J. Ross and Straightforward, Inc. to the Hon. Sue L. Robinson dated June 4, 2007

(Docket Item 35), was served via first class mail on June 4, 2007 to the below-listed *pro se* party:

> Gordon Roy Parker, *pro se*
> 4247 Locust Street, #806
> Philadelphia, PA 19104

and via first class mail on June 6, 2007, to the below-listed *pro se* party:

> Allen Reyes, *pro se*
> 123 S. Laguna St.
> Klamath Falls, OR 97601

>  /s/ David L. Finger           
> David L. Finger (DE Bar ID #2556)
> Finger & Slanina, LLC
> One Commerce Center
> 1201 Orange Street, Suite 725
> Wilmington, DE 19801-1155
> (302) 884-6766
> Attorney for defendants Learn The Skills Corp., Jay Valens, Ray Levans, Paul J. Ross and Straightforward, Inc.

Dated: June 6, 2007

## CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that on this 6th day of June, 2007, I caused two copies of

the foregoing document to be served via first class mail, postage prepaid, on the below-listed parties:

Gordon Roy Parker, *pro se*
4247 Locust Street, #806
Philadelphia, PA 19104

Allen Reyes, *pro se*
123 S. Laguna St.
Klamath Falls, OR 97601

 /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766