IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GORDON ROY PARKER,<br>also known as RAY GORDON,<br>doing business as SNODGRASS<br>PUBLISHING GROUP,<br><br>      Plaintiff,<br><br>      v.<br><br>LEARN THE SKILLS CORP.,<br>JAY VALENS, a/k/a<br>formhandle@fastseduction.com,<br>STRAIGHTFORWARD, INC.,<br>PAUL ROSS, a/k/a ROSS JEFFRIES,<br>RAY DEVANS, a/k/a<br>tokyoPUA@fastseduction.com,<br>MIGUEL ANTHONY MARCOS, a/k/a<br>Sliek0722@aol.com,<br>MYSTERY METHOD CORPORATION,<br>d/b/a www.mysterymethod.com,<br>ALLEN REYES, a/k/a<br>Gunwitch and<br>ERIK VON MARKOVIC,<br>President, Mystery Method Corporation<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civ. No. 06-229-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER

At Wilmington this 10th day of January, 2008, for the reasons set forth in the memorandum opinion issued this date;

IT IS ORDERED that defendants' motion to dismiss (D.I. 29) is granted.

 

_____
United States District Judge