United States District Court
District of Delaware

**FILED**
JUL 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Gordon Roy Parker;
Jonathan Lee Riches,
Plaintiffs

Civil No: 06-229-SLR
Motion For Reconsideration

V.

Learn the Skills Corp, et Al,
Defendants

---

Motion For Reconsideration & Clarification
Motion to Intervene as Plaintiff under Fed R. Civ P rule 24(A)2, 24(B)
Motion To Amend complaint / Motion to Add Defendant

Comes Now the Plaintiff, Jonathan Lee Riches, Intervenor, moves for a motion for reconsideration to allow me to intervene in this case with newly discovered evidence. I move to intervene as a Plaintiff under Fed R. Civ P rule 24(A)2 - as a matter of right or rule 24(B) - permissive Intervention.
I move to Amend complaint and add Michael Scott Pesce and Philip Woolston as a defendant. I support plaintiffs claims. I'm a convicted computer hacker and Identity theft, in 2002 defendants sent me spam ads in my email hotmail Account defaming the Plaintiffs. I have Information regarding this case

Jonathan Lee Riches prays this Court will grant his motions for relief

respectfully,

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

7-24-08

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail



FLORENCE SC 295
25 JUL 2008 PM 1 L

United States District Court
District of Delaware
Clerk of Court
J. Caleb Boggs Fed Bldg
844 N. King St.
Wilmington, Delaware 19801

19801+3513