IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GORDON ROY PARKER, a/k/a Ray Gordon, d/b/a Snodgrass Publishing Group, <br><br> Plaintiff, <br><br> v. <br><br> LEARN THE SKILLS CORP., JAY VALENS, a/k/a formhandle@fastseduction.com., STRAIGHTFORWARD, INC., PAUL ROSS, a/k/a Ross Jeffries, RAY DEVANS, a/k/a tokyoPUA@fastsedution.com, MIGUEL ANTHONY MARCOS, a/k/a Sliek0722@aol.com, MYSTERY METHOD CORPORATION, d/b/a www.mysterymethod.com, ALLEN REYES, a/k/a "Gunwitch", and ERIK VON MARKOVIC, President, Mystery Method Corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civ. No. 06-229-SLR ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

# O R D E R

At Wilmington this 8th day of August, 2008, having considered the combined pending motion for reconsideration and clarification, motion to intervene as plaintiff under Fed. R. Civ. P. 24(a) and 24(b), and motion to amend complaint filed by Jonathan Lee Riches ("Riches"), IT IS ORDERED that the combined motion (D.I. 40) is denied for the reasons that follow:

1. **Background**. This case was dismissed on January 10, 2008. (D.I. 38, 39) The memorandum opinion and order dismissing the case was not appealed. Riches, who moves to intervene, states that he is a convicted computer hacker and that

defendants sent him spam ads in his e-mail hotmail account and defamed him.

2. Riches is an inmate at FCI Williamsburg, Salters, South Carolina, and is a well-known litigator in the federal courts, having filed over 2,000 actions in various federal district and appellate courts since 2000. See U.S. Party-Case Index, http://pacer.psc.uscourts.gov. showing 2,317 cases filed as of August 4, 2008. He has recently set his sights on the District of Delaware.

3. **Discussion**. The motion to intervene is obviously an attempt to gain entry into litigation and to avoid paying a filing fee in a new case. As Riches is well aware, the Prison Litigation Reform Act ("PLRA") provides that a prisoner cannot bring a new civil action or appeal a judgment in a civil action in forma pauperis if he has three or more times in the past, while incarcerated, brought a civil action or appeal in federal court that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915(g).[1] Many of Riches cases have been dismissed as frivolous or for failure to state a claim upon which relief may be granted, while others have been dismissed for failure to pay the filing fee due to his status of filing more than three cases that were frivolous, malicious, or failed to state a claim upon which relief may be granted.

4. A sampling of cases filed by Riches dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted, include: Riches v. Craig, Civ. No. 07-538-JJF (D. Del. Oct. 5, 2007); Riches v. Guantanamo Bay, Civ. No. 2:07-CV-

---

[1]An exception to the three strikes rule occurs when a prisoner is in imminent danger of serious physical injury at the time of the filing of his complaint. 28 U.S.C. § 1915; Abdul-Akbar v. McKelvie, 239 F.3d 307, 311 (3d Cir. 2001).

13041-VAR (E.D. Mich. Aug. 8, 2007); Riches v. Doe, Civ No. 1:07-CV-20042-FAM (S.D. Fla. Jan. 24, 2007); Riches v. Simpson, Civ No. 6:07-CV-1504-Orl-31 KRS (M.D. Fla. Sept. 24, 2007); Riches v. Jena 6, Civ. No. 07-1656-A (W.D. La. Oct. 24, 2007); Riches v. Swartz, Civ. Action No. 7:07-CV-00379 (W.D. Va. Aug. 13, 2007); Riches v. Williams, Civ. No. 7:07-CV-427 (W.D. Va. Sept. 12, 2007); Riches v. Khodorkovsky, Civ. No. C 07-5654 MJJ(PR), 2007 WL 4219375 (N.D. Cal. Nov. 28, 2007); Riches v. Kevorkian, Civ. No. C 07-5420 MJJ(PR), 2007 WL 4219377 (N.D. Cal. Nov. 28, 2007); Riches v. Hearst, Civ. No. C 07-5419 MJJ(PR), 2007 WL 4219378 (N.D. Cal. Nov. 28, 2007); Riches v. Dahmer, Civ. No. C 07-5572 MJJ(PR), 2007 WL 4259295 (N.D. Cal. Nov. 28, 2007); Riches v. Shephard, Civ. No. C 07-5655 MJJ(PR), 2007 WL 4259298 (N.D. Cal. Nov. 28, 2007); Riches v. Ahmadinejad, Civ. No. C 07-5656 MJJ(PR), 2007 WL 4259310 (N.D. Cal. Nov. 28, 2007); Riches v. Simpson, Civ. No. 4:07cv408-RH/WCS, 2007 WL 3378257 (N.D. Fla. Nov. 12, 2007); and Riches v. Duncan, Civ. No. SA-07-CA-863-RF(NN), 2007 WL 3333103 (W.D. Tex. Nov. 8, 2007).

5. **Conclusion**. This case is closed, Riches has no connection to the case, and he will not be allowed to intervene or take any action in it. For the foregoing reasons, his combined motion is **denied** as frivolous. The court does not countenance the filing of frivolous motions which waste precious court resources. Riches is placed on notice that similar future filings in this court will be summarily denied.

_____
UNITED STATES DISTRICT JUDGE