United States District Court
District of Delaware

Gordon Roy Parker;
Jonathan Lee Riches, movant

V.

Learn the Skills Corp

06-229-SLR

## Notice of Appeal

Jonathan Lee Riches moves to Appeal the denial of his intervention motion to the appeals court. I appeal this case.

I appeal because Learn the Skills corp continues to sabotage my internet websites at JonathanLeeRiches.org and my myspace web page. Defendants wrote negative articles in rap magazines, and Newsweek magazine saying I had a gay marriage affair with Gordon Roy Parker in San Francisco. This was a legitimate marriage, I have our marriage license posted online. Mayor Newsom married me and Mr. Parker. Defendants are selling Jonathan Lee Riches dolls, hats, T-shirts, toothpaste, TV's, VCR's, and Ice machines on the cafepress website and Learn the Skills are denying me education at FCI Williamsburg and I'm denied DSL and Broadband. Defendants assaulted me with WiFi service. I appeal

9-3-08

Jonathan Lee Riches #40448-018
FCI Williamsburg P.O. Box 340
Salters, SC 29590
843-387-9400

JonathanLeeRiches.org